# United States District Court

District of Nebraska

## District of Nebraska

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Jared Howe** | ) | **Case No. 4:12CR3021-02** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jared Howe, have discussed with Fred Samway, Pretrial Services Officer, modification of my release as follows:

**Condition (g)**
**Abide by the following restrictions on personal associations, place of abode, or travel: (g) Not leave Hall or Adams Counties in Nebraska**

Modified as follows:

*Abide by the following restrictions on personal associations, place of abode, or travel (g) Not leave Shawnee County, Kansas unless given permission by supervision officer; or as required to travel to Nebraska to meet with attorney or court proceedings.*

**Condition (k)**
**Reside at Bristol Station, Hastings, Nebraska facility at all times and comply with all the rules of such facility. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release. (k)**

Modified as follows:

Reside at 1207 S.W. Muson Avenue; Apartment A; Topeka, Kansas 666004 at all times; and report within 24 hours to the supervising officer if this residence is no longer available.(k)

I consent to this modification of my release conditions and agree to abide by this modification.

_____     7-2-12     _____     07/02/12
Signature of Defendant         Date       Pretrial Services Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7/2/12
Signature of Defense Counsel                 Date

The defendant's motion to modify conditions of release, (filing no. 33), is granted, and

[X]    The above modification of conditions of release is ordered, to be effective on July 2, 2012

[ ]    The above modification of conditions of release is not ordered.

_____                    7/2/2012
Signature of Judicial Officer                  Date